```
 1  WESTLEY U. VILLANUEVA, ESQ
    Nevada Bar No.: 8708
 2  WUV FIRM, LLC
    6767 W. Tropicana Avenue, 2ND Floor
 3  Las Vegas, NV 89103
    725-258-2988
 4  wes@wuvfirm.com
 5
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH OLIVE an Individual,<br>BARBARA CHILDERS, an Individual,<br>CYNTHIA DIPINO, an Individual,<br>JULIET PINEDA, an Individual,<br>CAROL S THOMPSON, an Individual,<br>JOAN OLIVER, an Individual,<br>JANE DOES I-X,<br>and JOHN DOES I-X<br>　　　　　　　Plaintiffs,<br>v.<br><br>VERIZON WIRELESS SERVICES, LLC.,<br>a Delaware Corporation<br>ROGER FERNANDEZ,<br>An Individual<br>MATEO PATRICK YLANAN,<br>An Individual,<br>DOES I-X,<br>ROE CORPORATIONS I-X,<br>　　　　　　　Defendants. | Case No.: 2:24-cv-00053-JCM-DJA<br><br>**STIPULAITON AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff(s), JOSEPH OLIVE, BARBARA CHILDERS, CYNTHIA DIPINO, JULIET PINEDA, CAROL THOMPSON, and JOAN OLIVER (collectively "Plaintiffs"), hereby stipulates with the defendant, VERIZON WIRELESS SERVICES, LLC. and MATEO PATRICK YLANAN (collectively "Defendants", together with Plaintiff, the "Parties"), that this action shall be dismissed with prejudice, each party to bear their own attorney fees and costs.

The Parties further stipulate that any and all pending deadlines, hearings, and trial dates be vacated.

IT IS SO STIPULATED

DATED this 22 day of October 2024.

**WUV FIRM LLC**

By: /s/ Westley U. Villanueva, Esq.
Westley U. Villanueva, Esq.
NV State Bar No 8708
6767 W Tropicana, 2nd Floor
Las Vegas, NV 89103
Attorney for Plaintiffs

DATED this 21 day of October 2024

**COPPERSMITH BROCKELMAN PLC**

By: _____
Marvin C. Ruth
NV State Bar No 10979
2800 North Central Ave, Suite 1900
Phoenix, AZ 85004
Attorneys for Defendants

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above stipulation is GRANTED.

IT IS FURTHER ORDERED that this action is hereby DISMISSED with prejudice, each party to bear their own attorney fees and costs.

IT IS FURTHER ORDERED that all scheduled deadlines, hearings, status checks, and trial dates are VACATED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: October 23, 2024